```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSICA POSTELL,

                Plaintiff,

      -v.-

TRISTAR PRODUCTS INC., et al.,

                Defendants.

23 Civ. 2308 (JHR)

JENNIFER H. REARDEN, District Judge:

    WHEREAS, Plaintiff Jessica Postell has informed the Court that she has filed several inquiries with the New York City Human Resources Administration, Department of Social Services, regarding the existence and extent of any claim of a lien on any potential tort recovery on her behalf; and

    WHEREAS, according to counsel, the New York City Human Resources Administration, Department of Social Services, has been in possession of the latest such inquiry on behalf of Plaintiff since April 2023 but has not yet provided responsive information or a request for further information;

    THEREFORE, the Court hereby requests, to facilitate a possible settlement of this matter, that the New York City Human Resources Administration, Department of Social Services, provide to The Law Offices of Joseph Monaco, 800 Kinderkamack Road, Suite 202S, Oradell NJ 07649, within 30 days, evidence and information pertaining to the existence and extent of any claim of a lien on any potential tort recovery on behalf of Plaintiff Jessica Postell.

Dated: October 15, 2024
       New York, New York

*/s/ Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge