UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSICA POSTELL,<br><br>                      Plaintiff,<br><br>              -v.-<br><br>TRISTAR PRODUCTS INC. et al.,<br><br>                    Defendants. | 23 Civ. 2308 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Pursuant to the Court's November 18, 2024 Order, ECF No. 31, all discovery in this matter closed on December 20, 2024. The parties did not file any motions for summary judgment—or any letters stating an intent to seek summary judgment—within "30 days after the close of all discovery." *See* Fed. R. Civ. P. 50(b); ECF No. 22 at 5 ("Summary judgment motions . . . shall be filed within 30 days of the close of fact or expert discovery (whichever is later).").

      By no later than **May 27, 2025**, the parties shall file a joint letter updating the Court on the status of this matter and identifying any proposed next steps.

      SO ORDERED.

Dated: May 19, 2025
       New York, New York

                                                  JENNIFER H. REARDEN
                                                  United States District Judge