UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JESSICA POSTELL,

                          Plaintiff,

       -against-

TRISTAR PRODUCTS INC., TRISTAR INNOVATIVE
PRODUCTS, INC., PA ZHONGSHAN USATA
ELECTRIC APPLIANCE CO. LTD., PRO QC
INTERNATIONAL LTD, ZHONGSHAN JINGUANG
HOUSEHOLD APPLIANCE MANUFACTURE CO.,
LTD, ZHONGSHAN JINCHANG ELECTRIC
APPLIANCE CO. LTD., NINGBO NDL ELECTRICAL
APPLIANCES CO., LTD., ZHONGSHAN YALESI
ELECTRIC CO., LTD., XYZ CORPORATIONS 1-5; and
JOHN DOES 1-5,

                        Defendants.
------------------------------------------------------------------X

CIVIL ACTION NO.: 1:23-cv-02308-JHR

**STIPULATION**
**OF DISCONTINUANCE**

The Clerk of Court is directed to terminate Defendants Tristar Products Inc.; Tristar Innovative Products, Inc.; XYZ Corporations 1-5; and John Does 1-5 and to close this case.

SO ORDERED.
*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: August 29, 2025

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that all causes of action and claims which were asserted herein are hereby discontinued with prejudice and without costs to any party as against the others. This stipulation may be executed in counterparts and filed without further notice with the Clerk of the Court.

Dated:    New York, New York
           Dec 11, 2024

LAW OFFICE OF JOSEPH MONACO, P.C.
*Attorneys for Plaintiff*

By: Joseph D. Monaco
192 Lexington Avenue Suite 802
New York, New York 10016

GOLDBERG SEGALLA
*Attorneys for Defendant* **TRISTAR PRODUCTS, INC.**
*(f/k/a Tristar Innovative Products, Inc.)*

By: Matthew G. Miller
2600 Michelson Dr. Ste 900
Irvine CA 92612

No appearance but dismissal applies as well to defendants PA ZHONGSHAN USATA ELECTRIC APPLIANCE CO. LTD., PRO QC INTERNATIONAL LTD, ZHONGSHAN JINGUANG HOUSEHOLD APPLIANCE MANUFACTURE CO., LTD, ZHONGSHAN JINCHANG ELECTRIC APPLIANCE CO. LTD., NINGBO NDL ELECTRICAL APPLIANCES CO., LTD., ZHONGSHAN YALESI ELECTRIC CO., LTD., XYZ CORPORATIONS 1-5; and JOHN DOES 1-5